# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | County Court at Law of Navarro County, Texas | C21-30096-CV |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiffs Gilbert Medrano and Peter Anthony Gonzales | Michael L. Scanes #17701000 |
   | | Joel Shields #24041907 |
   | | Scanes & Routh, LLP |
   | | 7901 Fish Pond Rd., Suite 200, Waco, TX 76702-0965 |
   | | (254) 399-8788 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    ✓ Yes    ☐ No

   If "*Yes,*" by which party and on what date?

   Plaintiff                                                10/28/2021
   Party                                                    Date

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    |  |  |

2. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | Defendant True Value Company, L.L.C. | Jeremy Hawpe #24046041 |
    |  | Alyssa Peterson #24123836 |
    |  | Littler Mendelson, P.C. |
    |  | 2001 Ross Ave., Suite 1500, Dallas, TX 75201 |
    |  | (214) 880-8100 |

3. **Jury Demand:**

    Was a Jury Demand made in State Court?   ☐ Yes    ☐ No

    If "*Yes,*" by which party and on what date?

    _____         _____
    Party                                                                Date

4. **Answer:**

   Was an Answer made in State Court?   ☑ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   | Defendant True Value Company, L.L.C. | 11/19/2021 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   |  |  |
   | none |  |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | none |  |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiffs | Violations Chapter 21 of the Texas Labor Code and the Age Discrimination in Employment Act |
   | Defendant | Defendant claims that it has not violated Chapter 21 of the Texas Labor Code or the Age Discrimination in Employment Act |