# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

Gilbert Medrano and Peter Anthony Gonzales
Plaintiff

v.

3:21-cv-2918
Civil Action No.

True Value Company, L.L.C.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant True Value Company, L.L.C.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Defendant True Value Company, L.L.C. is a subsidiary of TV Holdco, L.L.C. and no publicly held corporation owns 10% or more of its stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Gilbert Medrano, Plaintiff
Peter Anthony Gonzales, Plaintiff
Michael L. Scanes and Joel S. Shields of Scanes Routh & James LLP, Counsel for Plaintiffs,
True Value Company, L.L.C., Defendant
TV Holdco II, L.L.C., TV Holdco I, L.L.C., TV Holdco, L.L.C., Acon TV Investors, L.L.C., and TV Cooperative Company, each an affiliate and/or parent of Defendant
Jeremy W. Hawpe and Alyssa M. Peterson of Littler Mendelson, Counsel for Defendant

| | |
|---|---|
| Date: | November 22, 2021 |
| Signature: | /s/ Jeremy W. Hawpe |
| Print Name: | Jeremy W. Hawpe |
| Bar Number: | 24046041 |
| Address: | 2001 Ross Ave., Suite 1500 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214-880-8100 |
| Fax: | 214-880-0181 |
| E-Mail: | jhawpe@littler.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons

## **CERTIFICATE OF SERVICE**

On November 22, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas and electronically served same, using the Case Management/Electronic Case Filing (CM/ECF) system of the Court, which will send a notice of electronic filing to the following counsel of record:

    Michael L. Scanes
    Joel S. Shields
    Scanes Routh & James LLP
    7903 Fish Pond Road Suite 200
    PO Box 20965
    Waco, TX 76702-0965
    scanes@scanesrouth.com
    shields@scanesrouth.com

    *Attorneys for Plaintiffs*

                                        */s/ Jeremy W. Hawpe*
                                        Jeremy W. Hawpe